```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

PHILIP BONADONNA,                :
                                            Civil Action No. 12-2543 (JBS)
          Petitioner,    :

          v.             :    **ORDER**

CHARLES E. SAMUELS, JR.,         :
et al.
                                 :
          Respondents.

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to § 2241; and for the reasons expressed in the Opinion issued this same day;

IT IS, therefore, on this **14th** day of **November**, 2012,

ORDERED that Respondent's Motion to Dismiss (docket entry no. 10) is GRANTED; and it is further

ORDERED that the Petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED as moot; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief Judge
                                          United States District Court